■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAY LITTLE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered January 30, 1975, convicting him of robbery in the third degree, grand larceny in the third degree and assault in the second degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law and as a matter of discretion in the interest of justice, by reversing the conviction of grand larceny in the third degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. Grand larceny in the third degree is a lesser included offense of robbery in the third degree (People v Norde, 49 AD2d 735; see CPL 300.40, subd 3, par [b]). Martuscello, Acting P. J., Rabin, Shapiro, Titone and Hawkins, JJ., concur.

## (May 12, 1976)

■ DAVID GONZALEZ, Appellant, v SALUD R. GONZALEZ, Respondent.— The attorneys for the respective parties on this appeal from an order of the Supreme Court, Queens County, entered June 3, 1975, have agreed, after a conference held before Hon. Harry Gittleson on April 1, 1976, that the appeal be withdrawn, and thereupon signed a stipulation to such effect, which stipulation includes an additional provision. In accordance with the foregoing, the appeal is deemed withdrawn, without costs or disbursements, and it is ordered that the case be remanded to the Supreme Court for a hearing. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.